UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-23212-CIV-HUCK/O'SULLIVAN

EDDY FONSECA,
    Plaintiff,

vs.

BRIDGESTONE FIRESTONE NORTH
AMERICAN TIRE, LLC, a Florida Corporation,
and REY MARTINEZ, individually,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court pursuant to an order of reference entered by the Honorable Paul C. Huck, United States District Judge, for a settlement conference to be conducted by the undersigned. Having been advised by the defendant's counsel that the parties have reached a settlement, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to <u>Lynn Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Friday, February 20, 2009**, at **11:00 a.m.,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

**DONE AND ORDERED** in Chambers at Miami, Florida this **13th** day of February, 2009.

                                                  _____
                                                  JOHN J. O'SULLIVAN
                                                  UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Huck
All counsel of record